128 P.3d 350

# SUPREME COURT OF HAWAI'I

AIG Hawai'i Ins. Co., Inc. v. Pain Management Clinic
of Hawai'i, Inc. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26743   01/09/2006  Vacated &
remanded

Tokairin v. Kameda . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24700   01/31/2006  Vacated &
remanded